1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, <br><br> Plaintiff, <br><br> v. <br><br> MINA ESHAK; RAZIYEH J. SINEH; EVA SHANBROM; and DOES 1-10 INCLUSIVE, <br><br> Defendants. | Case No. 5:15−cv−01456-JAK-SPx <br><br> **JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT EVA SHANBROM PURSUANT TO F.R.C.P. 55(b)** <br><br> **JS-6** <br><br> Judge:   Hon. John A. Kronstadt |

**JUDGMENT AND PERMANENT INJUNCTION**

**ORDER AND JUDGMENT**

Plaintiff Sream, Inc.'s ("Sream" or "Plaintiff") Motion for Default Judgment against Defendant Eva Shanbrom ("Shanbrom") having been granted,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff on all claims, and Shanbrom shall be liable to Plaintiff in the amount of $27,700.00 (comprising statutory damages of $25,000, attorney's fees of $2100, costs of $600.00).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Shanbrom, her agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concern or participation with her are permanently restrained and enjoined from infringing upon the RooR Marks[1] directly or contributorily, in any manner, including but not limited to:

(a) import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit RooR product identified in the complaint and any other unauthorized RooR product, counterfeit, copy or colorful imitation thereof;

(b) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) above.

IT IS SO ORDERED.

DATED: May 4, 2016

_____
Hon. John A. Kronstadt
United States District Judge

---

[1] United States Trademark Registration Nos. 3.675.839, 2.307.176, and 2.235.638

] JUDGMENT AND PERMANENT INJUNCTION